UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 19-14153-CIV-MARTINEZ-MAYNARD

PR OVERSEAS BOATING, LTD.,

    Plaintiff,

vs.

THE TALARIA COMPANY, LLC d/b/a
THE HINCKLEY COMPANY,
and QUICK USA, INC.,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court upon the Court's Order Granting Defendants' Motions for Summary Judgment, (ECF No. 137). It is hereby:

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants, The Talaria Company, LLC d/b/a The Hinckley Company and Quick USA, Inc. Plaintiff shall take nothing from Defendants, and the action is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of April, 2022.

                                                  _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All counsel of record