UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 19-14153-CIV-MARTINEZ**

PR OVERSEAS BOATING, LTD,

    Plaintiff,

vs.

QUICK SpA, a/k/a QUICK USA, INC.,
THE TALARIA COMPANY, LLC
d/b/a THE HINCKLEY COMPANY,
and JOHN MILLER,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Shaniek Mills Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on the Motion for Attorney's Fees ("Motion"), (ECF No. 150). Judge Maynard filed an R&R recommending that the Motion be denied as moot. (ECF No. 164). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Maynard's R&R, (ECF No. 164), is **AFFIRMED** and **ADOPTED**.

2. The Motion, (ECF No. 150), is **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 7 day of February, 2024.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record